IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JUWAN A. POWELL,

        Defendant.

4:20-CR-3096

ORDER

IT IS ORDERED:

1. The defendant's motion for reconsideration (filing 140) is granted.

2. The Court finds, considering the defendant's potential sentence and interest in ending pretrial detention, that the sentencing cannot be delayed without serious harm to the interests of justice.

3. The defendant's sentencing will be conducted by video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available.

Dated this 27th day of July, 2022.

BY THE COURT

John M. Gerrard
United States District Judge