IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JUWAN A. POWELL,

        Defendant.

4:20-CR-3096

ORDER

IT IS ORDERED that the Clerk of the Court accept up to and including the amount of $100 from the defendant in anticipation of the special assessment to be imposed at sentencing.

Dated this 9th day of August, 2022.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge